United States District Court
Southern District of Texas
**ENTERED**
April 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD MOLINA, § § Plaintiff, § VS. § FLORIDA ROOFING SOLUTIONS, INC., § *et al*, § Defendants. § | CIVIL ACTION NO. 4:17-CV-1064 |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation for Dismissal, this action is DISMISSED with prejudice and that each party is to bear its own attorney's fees and costs.

**SIGNED** this 5th day of April, 2018.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**